IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN AYERS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, | : | |
| et al., | : | No. 16-4339 |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, on **February 13, 2017**, following a telephone conference with all counsel, it is ORDERED:

1. By **May 12, 2017**, all fact discovery will be completed.

2. By **June 12, 2017**, all dispositive motions shall be filed. Responses are due by **July 12, 2017**.

    (a) The movant shall file, in support of such motion, a Statement of Undisputed Facts, which set forth, in numbered paragraphs, all material facts that the movant contends are undisputed;

    (b) The respondent shall file, in opposition to such motion, a separate Statement of Disputed Facts responding to the numbered paragraphs in the movant's Statement of Undisputed Facts, which the respondent contends present a genuine issue to be tried. The respondent also shall set forth, in separate numbered paragraphs, any additional facts which the respondent contends preclude summary judgment;

    (c) All material facts set forth in the Statement of Undisputed Facts shall be admitted unless controverted by the opposing party;

    (d) Statements of material facts shall include specific references to the parts of the record which support each of the statements.  Each stated fact shall cite the source relied upon, including the page and line of the document supporting the statement.

  3.  A trial, if necessary, shall be scheduled following resolution of dispositive motions.

            BY THE COURT:


            */s/Timothy R. Rice*
            TIMOTHY R. RICE
            U.S. MAGISTRATE JUDGE