# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEVIN AYERS, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER SEAN QUINN, et al., | : | No. 16-4339 |
| Defendants. | : | |

## ORDER

AND NOW, on September 8, 2017, upon consideration of Defendants' Motion for Summary Judgment (doc. 23) and Plaintiff's Response (doc. 28), and in accordance with the accompanying memorandum opinion, it is ORDERED that the motion is GRANTED.

Plaintiff's complaint is dismissed and the clerk shall mark this case closed.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE